# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NANCY JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-0130 |
| | § | |
| THE PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA, *et al.,* | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

The plaintiff, Nancy Johnson, filed this ERISA suit to recover long-term disability benefits under the Enterprise Companies Incorporated Employee Benefit Plan ("The Plan"). The Plan is an employee welfare benefit plan funded by a policy issued by the Prudential Insurance Company of America ("Prudential"). Johnson sued Prudential, the Plan, and her former employer, the Enterprise Products Company, after the long-term benefits she had received were terminated effective April 1, 2005. After this suit was filed, the parties agreed to an abatement of the litigation and a remand for a second administrative appeal. In that appeal, the defendants agreed that based on the Plan terms and the record as to Johnson's medical condition, she was entitled to long-term disability benefits. The defendants paid Johnson $31,077.69 in back benefits from April 1, 2005 through May 21, 2007 and have agreed to pay her $1,467.00 per month in future long-term disability benefits. In addition to the payment of the back benefits and the future monthly payments, Johnson is also entitled

to attorney's fees in the amount of $27,662.50 and costs in the amount of $566.12.

This is **a** final judgment.

SIGNED on March 31, 2008, at Houston, Texas.

                                             _____
                                                         Lee H. Rosenthal
                                           United States District Judge